# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cr102-MOC-02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| R. SCOTT PACE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's unopposed motion to amend the judgment entered by the court on June 17, 2011, to request that the Bureau of Prisons designate defendant to the Federal Correctional Institution in Edgefield, South Carolina, but if not there, to another institution close to Charlotte, North Carolina. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the unopposed motion to amend the judgment entered by the court on June 17, 2011 (#52) is **GRANTED** and the judgment shall be amended to request that the Bureau of Prisons designate defendant to the Federal Correctional Institution in Edgefield, South Carolina, but if not there, to another institution close to Charlotte, North Carolina.

Signed: June 29, 2011

Max O. Cogburn Jr.
United States District Judge